Scott D. Hansen (USB No. 11059)
Lauren A. Shurman (USB No. 11243)
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

Kenneth M. Odza (#28240)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

Attorneys for Defendants/Third-Party Plaintiffs
WENDY'S INTERNATIONAL, INC. and WENDY'S
OLD FASHIONED HAMBURGERS OF NEW YORK, INC.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM COHRON and J. COREY COHRON, husband and wife, individually and as the Parents and Legal Guardians of W.C. and L.C., minors,<br><br>              Plaintiffs,<br><br>       v.<br><br>WENDY'S INTERNATIONAL, INC., an Ohio corporation; WENDY'S OLD FASHIONED HAMBURGERS OF NE 061, d/b/a the Wendy's Restaurant located at 2500 N. 400 E., Ogden, UT, an Ohio corporation,<br><br>              Defendants. | **ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL**<br><br>Civil No. 1:06-CV-146 TS |

1

WENDY'S INTERNATIONAL, INC.,
an Ohio corporation; WENDY'S OLD
FASHIONED HAMBURGERS OF
NEW YORK, an Ohio corporation,

    Third-Party Plaintiffs,

 v.

PACIFIC INTERNATIONAL
MARKETING, INC., a California
corporation; A&A FARMING, INC., a
California corporation,

    Third-Party
    Defendants.

  Based on the Notice of Voluntary Dismissal submitted by Plaintiffs William Cohron and J. Corey Cohron, husband and wife, individually and as the Parents and Legal Guardians of W.C. and L.C., minors, ("Plaintiffs"), Defendants Wendy's International, Inc. and Wendy's Old Fashioned Hamburgers of New York, Inc. (together, "Wendy's"), and Third-Party Defendants Pacific International Marketing, Inc. ("PIM") and A&A Farming, Inc. ("A&A"), and good cause appearing,

  IT IS HEREBY ORDERED THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and DUCivR 54-1(d):

  (1) Plaintiffs' claims in the above-captioned action are dismissed with prejudice in their entirety;

(2)   Wendy's third-party claims in the above-captioned action are dismissed with prejudice in their entirety; and

(3)   Each party shall bear its own attorneys' fees and costs.

DATED   October 14, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge